## LEONARD A. DEFUSCO *v.* DWIGHT O. SCHWEITZER ET AL.
### (14362)
### (14445)

Landau, Heiman and Spear, Js.

Submitted on briefs May 3—officially released June 4, 1996

Per Curiam. The judgment is affirmed.

## JEFFREY A. WALKER *v.* STATE OF CONNECTICUT
### (15256)

Dupont, C. J., and Lavery and Schaller, Js.

Argued May 2—officially released June 4, 1996

Per Curiam. The judgment is affirmed.

## CONNECTICUT CAR RENTAL, INC. *v.* EMBASSY LIMOUSINES, INC., ET AL.
### (14277)

O'Connell, Lavery and Hennessy, Js.

Submitted on briefs May 3—officially released June 4, 1996

Per Curiam. The judgment is affirmed.